```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 20-00071-RNO
Erik Van Gilst                                                               Chapter 7
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke             Page 1 of 2                  Date Rcvd: Apr 06, 2020
                              Form ID: ntcovid            Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db             +Erik Van Gilst,    36 Walp Road,    Drums, PA 18222-3140
cr             +American Express National Bank c/o Zwicker & Assoc,      80 Minuteman Road,    P.O. Box 9043,
                 Andover, MA 01810-0943
cr             +Danny & Rebeccca Heise,    c/o Brice C. Paul, Esquire,     639 Jefferson Avenue,
                 Scranton, PA 18510,    UNITED STATES 18510-1621
5289295        +Alliance One,    Suite 300,    6160 Mission Gorge Road,    San Diego, CA 92120-3449
5289296        +Altus Global Trade Solutions,     Suite 300,    2400 Veterans Memorial Blvd.,
                 Kenner, LA 70062-8725
5289297        +American Express Head Office,     World Finance Center,    200 Vesey Street,
                 New York, NY 10285-1000
5290970        +American Express National Bank, AENB,     c/o Zwicker and Associates, P.C.,
                 Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
5289298         American Recovery Service Incorporated,     Suite 110,    555 Charles Drive,
                 Thousand Oaks, CA 91360
5289299        +Bank of America,    Bankruptcy Department,    475 Cress Point Parkway,    PO Box 9000,
                 Getzville, NY 14068-9000
5289300        +Barry Isett & Associates,    85 South Route 100,    Allentown, PA 18106-9207
5289301        +Bedrock Gardens,    286 Airport Road,    Hazleton, PA 18202-3365
5289302        +Biros Utilities,    PO Box 94,    Sheppton, PA 18248-0094
5289303        +Bri-Mar Trailer,    1002 Wayne Avenue,    Chambersburg, PA 17201-2999
5289307        +CitiBank, NA,    Bankruptcy Department,    PO Box 6497,    Sioux Falls, SD 57117-6497
5289309        +Commercial Collections of America, LLC,     Suite 310,    24301 Southland Drive,
                 Hayward, CA 94545-1549
5290647        +Dan and Rebecca Heise,    c/o Brice C. Paul, Esquire,     639 Jefferson Avenue,
                 Scranton, PA 18510-1621
5289312        +F.N.B. Equipment Finance,    1853 Highway 315,    Pittston, PA 18640-6101
5289313        +FNB,   Attention: Legal Department,     3015 Glimcher Blvd.,    Hermitage, PA 16148-3343
5289316       ++FORD MOTOR CREDIT COMPANY,     P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit,      PO Box 537901,    Livonia, MI  48153-7901)
5289315         Firstmark Services,    PO Box 2977,    Omaha, ME 68103-2977
5289319        +Heise, Daniel and Rebecca,    5012 Columbia Boulevard,     Annandale, VA 22003-6116
5289322         Kay Jewelers,    Sterling Jewelers, Inc.,    3750 Ghent Road,    Akron, OH 44333
5289323       #+Knight Capital,    Suite 230,    1691 Michigan Avenue,    Miami Beach, FL 33139-2566
5289324        +Knight Capital Funding,    Suite 202-543,    9 E Loockerman Street,    Dover, DE 19901-8306
5289325        +Kowalski, Inc.,    1034 Harwood Road,    Hazle Township, PA 18202-3007
5289330        +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
5289327        +McNamara, Joshua T., Esquire,    2 Industrial Way,    PO Box 500,    Eatontown, NJ 07724-0500
5289329         Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
5289328        +Midland Credit Management,    Suite 100,    350 Camino De La Reina,    San Diego, CA 92108-3007
5289331        +Murphy Lumber,    79 State Route 437,    White Haven, AP 18661-3825
5289332        +NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
5289334         Northstar Location Services, LLC,    4285 Genesee Street,    Cheektowage, NY 14225-1943
5289339         PNC Bank,    The Tower at PNC Plaza,    300 5th Ave,    Pittsburgh, PA 15222-2401
5289338         PNC Bank,    PO Box 5570,    Cleveland, OH 44101-0570
5289335        +Painting Plus Unlimited Inc.,    133 West Main Street,    Weatherly, PA 18255-1016
5289337         Penny Mac,    PO Box 514387,    Los Angeles, CA 90051-4387
5289340         Port Authority of New York,    Tolls by Mail Processing Center,    PO Box 15183,
                 Albany, NY 12212-5183
5289346        +Swift Capital,    625 Ridge Pike,    Conshohocken, PA 19428-1180
5289349        +Weaver, Shane L., Esquire,    33 Robin Hood Drive,    Etters, PA 17319-9321
5289350         Wells Fargo Bank, NA,    PO Box 5129,    Sioux Falls, SD 57117-5129
5289351        +Wells Fargo Deposits,    Bankruptcy Department,    PO Box 3908,    Portland, OR 97208-3908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5289304         E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 06 2020 20:23:48      Citizens One Auto Finance,
                 One Citizens Drive,    Riverside, RI 02915
5289305         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 06 2020 20:34:32      Capital One Bank,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5289306        +E-mail/Text: bzern@celticbank.com Apr 06 2020 20:25:17      Celtic Bank,
                 268 South State Street Suite 300,    Salt Lake City, UT 84111-5314
5289308         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 06 2020 20:24:11      Community Bank,
                 Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
5289310        +E-mail/Text: kzoepfel@credit-control.com Apr 06 2020 20:24:37      Credit Control, LLC,
                 Suite 330,    5757 Phantom Drive,    Hazelwood, MO 63042-2429
5289311        +E-mail/Text: mrdiscen@discover.com Apr 06 2020 20:23:49      Discover Bank Financial Services,
                 Attention: Bankruptcy Notification,    PO Box 6103,    Carol Stream, IL 60197-6103
5289314         E-mail/Text: data_processing@fin-rec.com Apr 06 2020 20:24:06
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
5289317        +E-mail/Text: Banko@frontlineas.com Apr 06 2020 20:25:12      Frontline Asset Strategies,
                 Suite 250,    2700 Snelling Avenue N,    Roseville, MN 55113-1783
5289318        +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2020 20:32:55      GE Card Services,
                 Attention: Recovery Payment Processing,     PO Box 36957,    Canton, OH 44735
5289320         E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 06 2020 20:33:09
                 JP Morgan Chase Bank, NA,    Bankruptcy Department,    PO Box 15145,    Wilmington, DE 19850
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5289321        +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Apr 06 2020 20:25:05      Kabbage, Inc.,
                 PO Box 77081,    Atlanta, GA 30357-1081
5289326         E-mail/Text: support@ljross.com Apr 06 2020 20:24:08     L. J. Ross Associates, Inc.,
                 PO Box 6099,    Jackson, MI 49204-6099
5289333         E-mail/Text: NCI_bankonotify@ncirm.com Apr 06 2020 20:23:48     Nationwide Credit, Inc.,
                 PO Box 14581,   Des Moines, IA 50306-3581
5289341         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 06 2020 20:34:39
                 Portfolio Recovery Associates, LLC,   140 Corporate Boulevard,    Norfolk, VA 23502
5289336        +E-mail/Text: recovery@paypal.com Apr 06 2020 20:22:48     Paypal,   Attention Legal Department,
                 2211 North First Street,   San Jose, CA 95131-2021
5289342         E-mail/Text: bankruptcy@bbandt.com Apr 06 2020 20:24:24     Sheffield Financial,
                 PO Box 580229,   Charlotte, NC 28258-0229
5289343         E-mail/Text: Bankruptcy@stearnsbank.com Apr 06 2020 20:23:48     Stearns Bank, NA,   PO Box 750,
                 Albany, MN 56307-0750
5289345         E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2020 20:32:54     Synchrony Bank,
                 Bankruptcy Department,   PO Box 965061,   Orlando, FL 32896-5061
5289344         E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2020 20:34:16     Synchrony Bank,   PO Box 965064,
                 Orlando, FL 32896-5064
5289347        +E-mail/PDF: sluna@ur.com Apr 06 2020 21:08:06     United Rentals,   Suite 300,
                 6125 Lakeview Road,   Charlotte, NC 28269-2616
5289348        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 06 2020 20:22:45
                  Verizon Wireless,   Bankruptcy Group,   PO Box 3397,   Bloomington, IL 61702-3397
                                                                                             TOTAL: 21

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
              Brice C Paul    on behalf of Creditor Danny & Rebeccca  Heise bricepaul@paullawoffice.net
              Charles A Shaffer    on behalf of Debtor 1 Erik  Van Gilst shaffer@pfslawyer.com,
               joanne@pfslawyer.com
              James Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erik Van Gilst,                          Chapter     7

**Debtor 1**

Case No.     5:20–bk–00071–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting will be held telephonically, refer to the call–in instructions. | Date: April 30, 2020<br>Time: 10:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 6, 2020 |

ntcovid (04/18)

# CALL–IN DIRECTIONS FOR TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA
**(Effective March 30, 2020)**

On March 30, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in–person chapter 7, 12, and 13 section 341 meetings scheduled through May 10, 2020, with the exception that section 341 meetings could proceed through telephonic or other alternative means not requiring any personal appearances. Please read to the end.

This notice addresses the protocol for telephonic appearances for chapter 7 section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

**All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up–to–date information about section 341 meetings of creditors.**

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call–In Number and Passcode assigned to your trustee, which is listed below.

Unless otherwise directed by your trustee, please call–in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch–tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call–in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| **Trustee** | **Call–In Number** | **Passcode** |
|---|---|---|
| Steven Carr | 1–888–282–8246 | 8589279 |
| Mark Conway | 1–866–773–1875 | 5761176 |
| Lawrence Frank | 1–866–724–5066 | 1380190 |
| Leon Haller | 1–866–507–4642 | 2179536 |
| John Martin | 1–866–809–8952 | 7685517 |
| William Schwab | 1–866–707–7516 | 4801433 |
| Robert Sheils | 1–866–714–3930 | 1832207 |
| Lawrence Young | 1–866–453–7506 | 2896054 |