```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 20-00071-RNO
Erik Van Gilst                                                      Chapter 7
         Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1         Date Rcvd: Aug 12, 2020
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
db             +Erik Van Gilst,    36 Walp Road,    Drums, PA 18222-3140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
          Brice C Paul    on behalf of Creditor Danny & Rebeccca   Heise bricepaul@paullawoffice.net
          Charles A Shaffer     on behalf of Debtor 1 Erik  Van Gilst shaffer@pfslawyer.com,
           joanne@pfslawyer.com
          James  Warmbrodt     on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William G Schwab (Trustee)    schwab@uslawcenter.com,
           wschwab@iq7technology.com;ecf@uslawcenter.com;ecf.alert+Schwab@titlexi.com
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Erik Van Gilst,  
**Debtor 1**

Chapter 7

Case No. 5:20−bk−00071−RNO

Social Security No.:
xxx−xx−4171

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: August 12, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)